UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO et al.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>Greenbuild LLC,<br><br>                              Defendant. | 25-CV-2349 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On March 21, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **April 15, 2025**. Respondent's opposition, if any, is due on **May 6, 2025**. Petitioners' reply, if any, is due **May 13, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure and file an affidavit of such service with the court no later than **April 1, 2025**.

SO ORDERED.

Dated: March 25, 2025
       New York, New York

_____
DALE E. HO
United States District Judge