UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO AND TRUSTEES OF THE DRYWALL TAPERS AND PAINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,

Petitioners,

-against-

GREENBUILD LLC.,

Respondent.

25 CIVIL 02349 (DEH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 9, 2026, the Petition is GRANTED, the Award is CONFIRMED, and Petitioners are awarded judgment against Respondent in the liquidated amount of Sixty One Thousand One Hundred Forty Nine Dollars and Forty Four Cents ($61,149.44), which includes the following: Decision and Award of the Joint Trade Board amount due and owing in the sum of $57,117.44, attorney's fees in the sum of $3,540.00 and court costs and disbursements in the sum of $492.00. Post-judgment interest shall accrue at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York
July 10, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**